# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALIPIO METAL FABRICATION LLC, | § | Case No. 15-05658 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/19/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | | |
|---|---|---|---|
| 4. The trustee realized gross receipts of | | $ | 25,794.32 |
| Funds were disbursed in the following amounts: | | | |
| Payments made under an interim disbursement | | | 0.00 |
| Administrative expenses | | | 6,945.90 |
| Bank service fees | | | 840.43 |
| Other payments to creditors | | | 0.00 |
| Non-estate funds paid to 3rd Parties | | | 0.00 |
| Exemptions paid to the debtor | | | 0.00 |
| Other payments to the debtor | | | 0.00 |
| Leaving a balance on hand of[1] | | $ | 18,007.99 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/23/2015 and the deadline for filing governmental claims was 08/18/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,329.43 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,329.43 , for a total compensation of $ 3,329.43 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 146.00 , for total expenses of $ 146.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2017        By:/s/Peter N. Metrou, Trustee
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-05658 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | ALIPIO METAL FABRICATION LLC, | | | Date Filed (f) or Converted (c): | 02/19/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/17/2015 |
| For Period Ending: | 12/19/2017 | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Bank (checking) (funds taken and applied to | 0.00 | 0.00 | | 0.00 | FA |
| 2. deposit: rental sercurity (applied by landlord) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Mahoney Environmental $32,048.96 (subject to retur | 34,287.06 | 34,287.06 | | 25,794.32 | FA |
| 4. Ruben Frenchini, landlord (est) (list available to | 47,500.00 | 0.00 | | 0.00 | FA |
| 5. Good Will (no value do to recent events) | 0.00 | 0.00 | | 0.00 | FA |
| 6. Customer List (possession of owner) (no value) | 20.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Chevy 3500 (leaks oil, needs work) (200,000 m | 800.00 | 0.00 | | 0.00 | FA |
| 8. Fax machine and phone | 75.00 | 0.00 | | 0.00 | FA |
| 9. 3 Welders, 1 Brake Press, 1 Shear, 1 Iron worker, | 35,000.00 | 0.00 | | 0.00 | FA |
| 10. Remainder of goods and lids (est) (excluding items | 1,250.00 | 0.00 | | 0.00 | FA |
| 11. Barrels, lids and containers of 3rd parties (on-si | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $118,932.06 | $34,287.06 | | $25,794.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various assets. 4/21/2015. Collection of accounts receivable 4/8/2015. Employed accountant on 3/18/2016 see Dkt# 24. Researching tax issues-debtor unresponsive. Motion to pay accountant granted on 9/15/2016 see Dkt# 26. Motion for turnover granted on 12/2/2016 see Dkt#29. Debtor's counsel granted leave to withdraw on 12/2/2016 see Dkt# 30. Filed Mt for Contempt 1/27/2017 see Dkt# 32. Filed Mt to Pay Accountant on 3/9/17 see Dkt# 37.

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-05658 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ALIPIO METAL FABRICATION LLC, | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5298 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX5755 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 3 | JUNE, PRODEHL & RENZI LAW OFFICES<br>1861 Black RoadJoliet, IL 60435 | A/R | 1121-000 | $25,794.32 | | $25,794.32 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.44 | $25,765.88 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.30 | $25,727.58 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.01 | $25,690.57 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.19 | $25,652.38 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.14 | $25,614.24 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $36.86 | $25,577.38 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.03 | $25,539.35 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $36.74 | $25,502.61 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.92 | $25,464.69 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.86 | $25,426.83 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $35.36 | $25,391.47 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $14.06 | $25,377.41 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.75 | $25,339.66 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.46 | $25,303.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Page Subtotals:   $25,794.32   $491.12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-05658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ALIPIO METAL FABRICATION LLC, | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5298 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5755 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.62 | $25,265.58 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.35 | $25,229.23 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.51 | $25,191.72 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.45 | $25,154.27 |
| 09/27/16 | 5002 | Hippleheuser & Associates, Inc. 400 E. Lincoln Highway, Ste 202 New Lenox, IL 60451 | Payment to Accountant Per doc# 24 | 3410-000 | | $650.00 | $24,504.27 |
| 09/27/16 | 5003 | Hipplehauser & Associates, Inc. 400 E. Lincoln Highway, Ste 202 New Lenox, IL 60451 | Payment to Accountant Per doc # 26 | 3410-000 | | $4,127.00 | $20,377.27 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.19 | $20,341.08 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.62 | $20,309.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.22 | $20,280.24 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.15 | $20,250.09 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.11 | $20,219.98 |
| 02/07/17 | 5004 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $11.47 | $20,208.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $0.00 | $5,094.69

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-05658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ALIPIO METAL FABRICATION LLC, | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5298 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5755 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.15 | $20,181.36 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.00 | $20,151.36 |
| 04/10/17 | 5005 | Hippleheuser & Associates, Inc. 400 E. Lincoln Highway Suite 202 New Lenox, IL 60451 | Court Approved See Dckt #38 | 3410-000 | | $532.25 | $19,619.11 |
| 05/23/17 | 5006 | INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE Cincinnati, OH 45999-0039 | Income Taxes 2015 | 2810-000 | | $1,365.00 | $18,254.11 |
| 05/23/17 | 5007 | Internal Revenue Service Cincinnati, OH 452999 | Income Taxes 2016 | 2810-000 | | $195.00 | $18,059.11 |
| 05/23/17 | 5008 | Illinois Department of Revenue PO Box 19004 Springfield, IL 62794-9004 | Income Taxes 2016 | 2820-000 | | $51.12 | $18,007.99 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,794.32 | $7,786.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,794.32 | $7,786.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,794.32 | $7,786.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:     $0.00     $2,200.52

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5298 - Checking Account (Non-Interest Earn | $25,794.32 | $7,786.33 | $18,007.99 |
|  | $25,794.32 | $7,786.33 | $18,007.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,794.32 |
| Total Gross Receipts: | $25,794.32 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-05658-BWB  
Debtor Name: ALIPIO METAL FABRICATION LLC,  
Claims Bar Date: 7/23/2015  

Date: December 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,329.43 | $3,329.43 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $146.00 | $146.00 |
| 100 2810 | Internal Revenue Service<br>Cincinnati, OH 452999 | Administrative<br>Payment Status:<br>Valid To Pay | 2016 Tax Liability | $0.00 | $195.00 | $195.00 |
| 100 2810 | INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>Cincinnati, OH 45999-0039 | Administrative<br>Payment Status:<br>Valid To Pay | 2015 Tax Liability | $0.00 | $1,365.00 | $1,365.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19004<br>Springfield, IL 62794-9004 | Administrative<br>Payment Status:<br>Valid To Pay | 2015 Tax Liability | $0.00 | $51.12 | $51.12 |
| 100 3410 | Hippleheuser & Associates, Inc.<br>400 E. Lincoln Highway, Ste 202<br>New Lenox, IL 60451 | Administrative<br>Payment Status:<br>Valid To Pay | For 2015 corporate tax return | $0.00 | $650.00 | $650.00 |
| 100 3410 | Hippleheuser & Associates, Inc.<br>400 E. Lincoln Highway, Ste 202<br>New Lenox, IL 60451 | Administrative<br>Payment Status:<br>Valid To Pay | For 2014 payroll quarterly returns and 2014 corporate return | $0.00 | $4,127.00 | $4,127.00 |
| 100 3410 | Hippleheuser & Associates, Inc.<br>400 E. Lincoln Highway<br>Suite 202<br>New Lenox, IL 60451 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $532.25 | $532.25 |
| 6 230 5300 | MARK SANDRICK<br>2708 JAMES DRIVE<br>DYER, IN 46311 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,381.40 | $2,381.40 |

Page 1

Printed: December 19, 2017

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-05658-BWB                                                                                        Date: December 19, 2017
Debtor Name: ALIPIO METAL FABRICATION LLC,
Claims Bar Date: 7/23/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 230 5300 | MARK SANDRICK 2708 JAMES DRIVE DYER, IN 46311 | Priority Payment Status: Valid To Pay | | $6,465.00 | $6,465.00 | $6,465.00 |
| 1 280 5800 | INTERNAL REVENUE SERVICE PO Box 21126 Philadelphia, PA  19114 | Priority Payment Status: Valid To Pay | | $0.00 | $14,000.00 | $14,000.00 |
| 3 280 5800 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | Priority Payment Status: Valid To Pay | | $0.00 | $12,551.13 | $12,551.13 |
| 4 280 5800 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | Priority Payment Status: Valid To Pay | | $0.00 | $83.29 | $83.29 |
| 8 280 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S. STATE STREET BANKRUPTCY UNIT 10TH FL CHICAGO, IL 60603 | Priority Payment Status: Valid To Pay | | $0.00 | $616.47 | $616.47 |
| 1 300 7100 | INTERNAL REVENUE SERVICE PO Box 21126 Philadelphia, PA  19114 | Unsecured Payment Status: Valid To Pay | | $0.00 | $585.00 | $585.00 |
| 2 300 7100 | Hippleheuser & Associates, Inc. 400 E. Lincoln Highway Suite 202 New Lenox, IL 60451 | Unsecured Payment Status: Valid To Pay | | $0.00 | $152.00 | $152.00 |
| 3 300 7100 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | Unsecured Payment Status: Valid To Pay | | $0.00 | $2,083.10 | $2,083.10 |
| 4 300 7100 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | Unsecured Payment Status: Valid To Pay | | $0.00 | $196.74 | $196.74 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-05658-BWB  
Debtor Name: ALIPIO METAL FABRICATION LLC,  
Claims Bar Date: 7/23/2015  

Date: December 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | AIRGAS USA LLC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | Unsecured<br>Payment Status:<br>Valid To Pay | | $8,892.62 | $10,516.67 | $10,516.67 |
| 8<br>300<br>7100 | ILLINOIS DEPARTMENT OF<br>EMPLOYMENT SECURITY<br>33 S. STATE STREET<br>BANKRUPTCY UNIT 10TH FL<br>CHICAGO, IL 60603 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $228.84 | $228.84 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $14.06 | $14.06 |
| | Case Totals | | | $15,357.62 | $60,269.50 | $60,269.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                      Printed: December 19, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-05658
Case Name: ALIPIO METAL FABRICATION LLC,
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                          $         18,007.99

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,329.43 | $ 0.00 | $ 3,329.43 |
| Trustee Expenses: Peter N. Metrou | $ 146.00 | $ 0.00 | $ 146.00 |
| Accountant for Trustee Fees: Hippleheuser & Associates, Inc. | $ 532.25 | $ 532.25 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 14.06 | $ 14.06 | $ 0.00 |
| Other: Hippleheuser & Associates, Inc. | $ 4,777.00 | $ 4,777.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 51.12 | $ 51.12 | $ 0.00 |
| Other: INTERNAL REVENUE SERVICE | $ 1,365.00 | $ 1,365.00 | $ 0.00 |
| Other: Internal Revenue Service | $ 195.00 | $ 195.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          3,475.43

Remaining Balance                                                $         14,532.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,097.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | MARK SANDRICK | $ 2,381.40 | $ 0.00 | $ 2,381.40 |
| 7 | MARK SANDRICK | $ 6,465.00 | $ 0.00 | $ 6,465.00 |
| 1 | INTERNAL REVENUE SERVICE | $ 14,000.00 | $ 0.00 | $ 2,921.23 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $ 12,551.13 | $ 0.00 | $ 2,618.91 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 83.29 | $ 0.00 | $ 17.38 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 616.47 | $ 0.00 | $ 128.64 |

Total to be paid to priority creditors    $ 14,532.56

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,762.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 585.00 | $ 0.00 | $ 0.00 |
| 2 | Hippleheuser & Associates, Inc. | $ 152.00 | $ 0.00 | $ 0.00 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,083.10 | $ 0.00 | $ 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 196.74 | $ 0.00 | $ 0.00 |
| 5 | AIRGAS USA LLC | $ 10,516.67 | $ 0.00 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 228.84 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE