## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALIPIO METAL FABRICATION LLC, | § | Case No. 15-05658 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/02/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/22/2018                By: /s/ Peter N. Metrou
                                            Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| ALIPIO METAL FABRICATION LLC, | ) | CASE NO. 15-05658 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## NOTICE OF MOTION

To:     See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 22nd day of January, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                         */s/ Peter N. Metrou*
                         **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**<u>Via First-Class Mail:</u>**

ADP
100 Northwest Point Boulevard
Elk Grove Village, IL 60007-1018

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Airgas USA, LLC
P.O. Box 802572
Chicago, IL 60680-2572

Alejandro Ortiz
415 Francis Street
Joliet, IL 60432-1218

Alipio Metal Fabrication LLC
1219 Kelly Avenue
Joliet, IL 60435-4250

Alrosteel Corporation
777 Industrial Drive
Park Forest, IL 60484-4101

Amador Alipio
1219 Kelly Avenue
Joliet, IL 60435-4250

American Family Insurance
6000 American Parkway
Madison, WI 53783-0001

AT&T
Bill Payment Center
Saginaw, MI 48663-0001

Calumet Paint and Wallpaper
12120 South Western
Blue Island, IL 60406-1328

Chase Bank
P.O. Box 659754
San Antonio, TX 78265-9754

Chase Business line of credit
P.O. Box 6026
Mail Code IL 1-0054
Chicago, IL 60680-6026

Chase Card Member Services
P.O. Box 659754
San Antonio, TX 78265-9754

City of Joliet
150 W. Jefferson
Joliet, IL 60432-4158

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Crawford Steel
3141 West 36 Place
Chicago, IL 60632-2391

David Reyes
843 North Broadway
Joliet, IL 60435-6207

Delfino Garcia
106 Iowa Avenue
Joliet, IL 60433-1105

Gerardo Zamudio
603 Herkimer
Joliet, IL 60432-1813

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Hippleheuser & Associates, Inc.
400 E. Lincoln Highway Suite 202
New Lenox, IL 60451-1993

Illinois Department of Employment
Security
33 S. State Street  Bankruptcy Unit 10th
Chicago, IL 60603-2804

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

Illinois Dept. of Revenue
Banruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ismael Guzman
1356 Elgin Avenue
Joliet, IL 60432-2035

John C Renzi
June Prodehl & Renzi LLC
1861 Black Road
Joliet, IL 60435-3597

SERVICE LIST

Mark Sandrick
2708 James Drive
Dyer, IN 46311-2339

Miguel Calderon
421 Jesse Street
Joliet, IL 60433-2149

MK Orthopedics
963 129th Infantry Drive
Joliet, IL 60435-3104

Kush Paint Company
19556 Masonic
Roseville, MI 48066-1265

JPMorgan Chase Bank, N.A.
P O BOX 33035
Louisville, KY 40232-3035

Rapid Capial Funding
Christopher Williams
11900 Biscayne Blvd. #201
Miami, FL 33181-2756

Rose Alipio
1219 Kelly Avenue
Joliet, IL 60435-4250

Ruben Franchini
720 Collins Street
Joliet, IL 60432-1628

Silver Cross Hospital
1900 Silvercross Boulevard
New Lenox, IL 60451-9509

Small Business Administration
801 Tom Martin Drive Suite 120
Birmingham, AL 35211-6424

Jose Diaz
605 N. Larkin Avenue
Joliet, IL 60435-5762

United Colelction Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614-1501

Weldstar Company
1750 Mitchell Road
P.O. Box 1150
Aurora, IL 60507-1150

## **Via ECF**

Patrick S Layng, Office of the U.S.T.,
219 S Dearborn St., Room 873,
Chicago, IL 60604-2027

John C. Renzi, June Prodehl & Renzi
LLC, 1861 Black Road, Joliet, IL
60435

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                            §
                                  §
ALIPIO METAL FABRICATION LLC,     §      Case No. 15-05658
                                  §
            Debtor                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,794.32 |
| and approved disbursements of | $ | 7,786.33 |
| leaving a balance on hand of[1] | $ | 18,007.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $     3,329.43 | $     0.00 | $     3,329.43 |
| Trustee Expenses: Peter N. Metrou | $     146.00 | $     0.00 | $     146.00 |
| Accountant for Trustee Fees: Hippleheuser & Associates, Inc. | $     532.25 | $     532.25 | $     0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $     14.06 | $     14.06 | $     0.00 |
| Other: Hippleheuser & Associates, Inc. | $     4,777.00 | $     4,777.00 | $     0.00 |
| Other: Illinois Department of Revenue | $     51.12 | $     51.12 | $     0.00 |
| Other: INTERNAL REVENUE SERVICE | $     1,365.00 | $     1,365.00 | $     0.00 |
| Other: Internal Revenue Service | $     195.00 | $     195.00 | $     0.00 |

Total to be paid for chapter 7 administrative expenses        $        3,475.43

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance                                         $             14,532.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,097.29  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | MARK SANDRICK | $        2,381.40 | $        0.00 | $        2,381.40 |
| 7 | MARK SANDRICK | $        6,465.00 | $        0.00 | $        6,465.00 |
| 1 | INTERNAL REVENUE SERVICE | $      14,000.00 | $        0.00 | $        2,921.23 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $      12,551.13 | $        0.00 | $        2,618.91 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $           83.29 | $        0.00 | $           17.38 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $          616.47 | $        0.00 | $          128.64 |

Total to be paid to priority creditors                    $             14,532.56

Remaining Balance                                         $                  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,762.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 585.00 | $ 0.00 | $ 0.00 |
| 2 | Hippleheuser & Associates, Inc. | $ 152.00 | $ 0.00 | $ 0.00 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,083.10 | $ 0.00 | $ 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 196.74 | $ 0.00 | $ 0.00 |
| 5 | AIRGAS USA LLC | $ 10,516.67 | $ 0.00 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 228.84 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $_____ 0.00

Remaining Balance         $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
_____

Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.