# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
ALIPIO METAL FABRICATION LLC,  §   Case No. 15-05658
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 84,645.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 14,532.56 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 11,261.76 | |

3) Total gross receipts of $ 25,794.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,794.32  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,261.76 | 11,261.76 | 11,261.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 31,317.59 | 36,097.29 | 36,097.29 | 14,532.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,626.89 | 13,762.35 | 13,762.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 146,944.48 | $ 61,121.40 | $ 61,121.40 | $ 25,794.32 |

4) This case was originally filed under chapter 7 on 02/19/2015 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/04/2018           By:/s/Peter N. Metrou, Trustee
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mahoney Environmental $32,048.96 (subject to retur | 1121-000 | 25,794.32 |
| **TOTAL GROSS RECEIPTS** | | **$25,794.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,329.43 | 3,329.43 | 3,329.43 |
| Peter N. Metrou | 2200-000 | NA | 146.00 | 146.00 | 146.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 14.06 | 14.06 | 14.06 |
| LTD. International Sureties | 2300-000 | NA | 11.47 | 11.47 | 11.47 |
| Associated Bank | 2600-000 | NA | 840.43 | 840.43 | 840.43 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 1,560.00 | 1,560.00 | 1,560.00 |
| Illinois Department of Revenue | 2820-000 | NA | 51.12 | 51.12 | 51.12 |
| Hippleheuser & Associates, Inc. | 3410-000 | NA | 5,309.25 | 5,309.25 | 5,309.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,261.76 | $ 11,261.76 | $ 11,261.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alejandro Ortiz 415 Francis Street Joliet, IL 60432 | | 896.00 | NA | NA | 0.00 |
| | Amador Alipio 1219 Kelly Avenue Joliet, IL 60435 | | 2,500.00 | NA | NA | 0.00 |
| | David Reyes 843 North Broadway Joliet, IL 60435 | | 750.00 | NA | NA | 0.00 |
| | Delfino Garcia 106 Iowa Avenue Joliet, IL 60435 | | 768.00 | NA | NA | 0.00 |
| | Illinois Dept. of Revenue Banruptcy Section P.O. Box 64338 Chicago, IL 60664 | | 50.59 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | 14,000.00 | NA | NA | 0.00 |
| | Ismael Guzman 1356 Elgin Avenue Joliet, IL 60432 | | 768.00 | NA | NA | 0.00 |
| | Jose Diaz 605 N. Larkin Avenue Joliet, IL 60435 | | 1,288.00 | NA | NA | 0.00 |
| | Miguel Calderon 421 Jesse Street Joliet, IL 60433 | | 832.00 | NA | NA | 0.00 |
| | Rose Alipio 1219 Kelly Avenue Joliet, IL 60435 | | 3,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | MARK SANDRICK | 5300-000 | NA | 2,381.40 | 2,381.40 | 2,381.40 |
| 7 | MARK SANDRICK | 5300-000 | 6,465.00 | 6,465.00 | 6,465.00 | 6,465.00 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | NA | 616.47 | 616.47 | 128.64 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 12,551.13 | 12,551.13 | 2,618.91 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 83.29 | 83.29 | 17.38 |
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 14,000.00 | 14,000.00 | 2,921.23 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 31,317.59 | $ 36,097.29 | $ 36,097.29 | $ 14,532.56 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP 100 Northwest Point Boulevard Elk Grove Village, IL 60007 | | 216.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alrosteel Corporation 777 Industrial Drive Park Forest, IL 60466 | | 2,208.60 | NA | NA | 0.00 |
| | American Family Insurance 6000 American Parkway Madison, WI 53783-0001 | | 473.16 | NA | NA | 0.00 |
| | AT&T Bill Payment Center Saginaw, MI 48663 | | 199.03 | NA | NA | 0.00 |
| | Calumet Paint and Wallpaper 12120 South Western Blue Island, IL 60406 | | 403.06 | NA | NA | 0.00 |
| | Chase Bank P.O. Box 659754 San Antonio, TX 78265 | | 4,234.41 | NA | NA | 0.00 |
| | Chase Business line of credit P.O. Box 6026 Mail Code IL 1-0054 Chicago, IL 60680-6026 | | 20,633.45 | NA | NA | 0.00 |
| | Chase Card Member Services P.O. Box 659754 San Antonio, TX 78265 | | 6,313.07 | NA | NA | 0.00 |
| | City of Joliet 150 W. Jefferson Joliet, IL 60432 | | 106.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Bill Payment Center Chicago, IL 60668 | | 306.58 | NA | NA | 0.00 |
| | ComEd Bill Payment Center Chicago, IL 60668 | | 519.49 | NA | NA | 0.00 |
| | Crawford Steel 3141 West 36 Place Chicago, IL 60632 | | 10,312.49 | NA | NA | 0.00 |
| | Gerardo Zamudio 603 Herkimer Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Hinckley Springs P.O. Box 660579 Dallas, TX 75266-0579 | | 395.37 | NA | NA | 0.00 |
| | Kush Paint Company 19556 Masonic Roseville, MI 48066 | | 6,966.95 | NA | NA | 0.00 |
| | MK Orthopedics 963 129th Infantry Drive Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Rapid Capial Funding Christopher Williams 11900 Biscayne Blvd. #201 Miami, FL 33181 | | 20,000.00 | NA | NA | 0.00 |
| | Ruben Franchini 720 Collins Street Joliet, IL 60432 | | 4,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Silver Cross Hospital 1900 Silvercross Boulevard New Lenox, IL 60451 |  | 2,045.00 | NA | NA | 0.00 |
|  | Small Business Administration 801 Tom Martin Drive Suite 120 Birmingham, AL 35211 |  | 19,234.48 | NA | NA | 0.00 |
|  | United Colelction Bureau, Inc. 5620 Southwyck Blvd. Suite 206 Toledo, OH 43614 |  | 0.00 | NA | NA | 0.00 |
|  | Weldstar Company 1750 Mitchell Road P.O. Box 1150 Aurora, IL 60507 |  | 7,666.37 | NA | NA | 0.00 |
| 5 | AIRGAS USA LLC | 7100-000 | 8,892.62 | 10,516.67 | 10,516.67 | 0.00 |
| 2 | Hippleheuser & Associates, Inc. | 7100-000 | 0.00 | 152.00 | 152.00 | 0.00 |
| 8 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 228.84 | 228.84 | 0.00 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 2,083.10 | 2,083.10 | 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 196.74 | 196.74 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 585.00 | 585.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 115,626.89 | $ 13,762.35 | $ 13,762.35 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-05658 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | ALIPIO METAL FABRICATION LLC, | | | Date Filed (f) or Converted (c): | 02/19/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/17/2015 |
| For Period Ending: | 04/04/2018 | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Bank (checking) (funds taken and applied to | 0.00 | 0.00 | | 0.00 | FA |
| 2. deposit: rental sercurity (applied by landlord) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Mahoney Environmental $32,048.96 (subject to retur | 34,287.06 | 34,287.06 | | 25,794.32 | FA |
| 4. Ruben Frenchini, landlord (est) (list available to | 47,500.00 | 0.00 | | 0.00 | FA |
| 5. Good Will (no value do to recent events) | 0.00 | 0.00 | | 0.00 | FA |
| 6. Customer List (possession of owner) (no value) | 20.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Chevy 3500 (leaks oil, needs work) (200,000 m | 800.00 | 0.00 | | 0.00 | FA |
| 8. Fax machine and phone | 75.00 | 0.00 | | 0.00 | FA |
| 9. 3 Welders, 1 Brake Press, 1 Shear, 1 Iron worker, | 35,000.00 | 0.00 | | 0.00 | FA |
| 10. Remainder of goods and lids (est) (excluding items | 1,250.00 | 0.00 | | 0.00 | FA |
| 11. Barrels, lids and containers of 3rd parties (on-si | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $118,932.06    $34,287.06    $25,794.32    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various assets. 4/21/2015. Collection of accounts receivable 4/8/2015. Employed accountant on 3/18/2016 see Dkt# 24. Researching tax issues-debtor unresponsive. Motion to pay accountant granted on 9/15/2016 see Dkt# 26. Motion for turnover granted on 12/2/2016 see Dkt#29. Debtor's counsel granted leave to withdraw on 12/2/2016 see Dkt# 30. Filed Motion for Contempt 1/27/2017 see Dkt# 32. Filed Motion to Pay Accountant on 3/9/17 see Dkt# 37. Sent TFR to UST on 12/19/17.

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-05658
Case Name: ALIPIO METAL FABRICATION LLC,
Taxpayer ID No: XX-XXX5755
For Period Ending: 04/04/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5298
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 3 | JUNE, PRODEHL & RENZI LAW OFFICES 1861 Black RoadJoliet, IL 60435 | A/R | 1121-000 | $25,794.32 | | $25,794.32 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.44 | $25,765.88 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.30 | $25,727.58 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.01 | $25,690.57 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.19 | $25,652.38 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.14 | $25,614.24 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $36.86 | $25,577.38 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.03 | $25,539.35 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $36.74 | $25,502.61 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.92 | $25,464.69 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $37.86 | $25,426.83 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $35.36 | $25,391.47 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $14.06 | $25,377.41 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.75 | $25,339.66 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.46 | $25,303.20 |

Page Subtotals: $25,794.32   $491.12

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-05658  
Case Name: ALIPIO METAL FABRICATION LLC,  
Taxpayer ID No: XX-XXX5755  
For Period Ending: 04/04/2018  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5298  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.62 | $25,265.58 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.35 | $25,229.23 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.51 | $25,191.72 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.45 | $25,154.27 |
| 09/27/16 | 5002 | Hippleheuser & Associates, Inc. 400 E. Lincoln Highway, Ste 202 New Lenox, IL 60451 | Payment to Accountant Per doc# 24 | 3410-000 | | $650.00 | $24,504.27 |
| 09/27/16 | 5003 | Hipplehauser & Associates, Inc. 400 E. Lincoln Highway, Ste 202 New Lenox, IL 60451 | Payment to Accountant Per doc # 26 | 3410-000 | | $4,127.00 | $20,377.27 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.19 | $20,341.08 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.62 | $20,309.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.22 | $20,280.24 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.15 | $20,250.09 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.11 | $20,219.98 |
| 02/07/17 | 5004 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $11.47 | $20,208.51 |

Page Subtotals: $0.00  $5,094.69

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-05658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ALIPIO METAL FABRICATION LLC, | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5298 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5755 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.15 | $20,181.36 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.00 | $20,151.36 |
| 04/10/17 | 5005 | Hippleheuser & Associates, Inc. 400 E. Lincoln Highway Suite 202 New Lenox, IL 60451 | Court Approved See Dckt #38 | 3410-000 | | $532.25 | $19,619.11 |
| 05/23/17 | 5006 | INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE Cincinnati, OH 45999-0039 | Income Taxes 2015 | 2810-000 | | $1,365.00 | $18,254.11 |
| 05/23/17 | 5007 | Internal Revenue Service Cincinnati, OH 452999 | Income Taxes 2016 | 2810-000 | | $195.00 | $18,059.11 |
| 05/23/17 | 5008 | Illinois Department of Revenue PO Box 19004 Springfield, IL 62794-9004 | Income Taxes 2016 | 2820-000 | | $51.12 | $18,007.99 |
| 03/05/18 | 5009 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $3,475.43 | $14,532.56 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($3,329.43) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($146.00) | 2200-000 | | | |
| 03/05/18 | 5010 | MARK SANDRICK 2708 JAMES DRIVE DYER, IN 46311 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5300-000 | | $2,381.40 | $12,151.16 |
| 03/05/18 | 5011 | MARK SANDRICK 2708 JAMES DRIVE DYER, IN 46311 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5300-000 | | $6,465.00 | $5,686.16 |
| 03/05/18 | 5012 | INTERNAL REVENUE SERVICE PO Box 21126 Philadelphia, PA  19114 | Final distribution to claim 1 representing a payment of 20.87 % per court order. | 5800-000 | | $2,921.23 | $2,764.93 |

Page Subtotals: $0.00    $17,443.58

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-05658
Case Name: ALIPIO METAL FABRICATION LLC,
Taxpayer ID No: XX-XXX5755
For Period Ending: 04/04/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5298
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/18 | 5013 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution to claim 3 representing a payment of 20.87 % per court order. | 5800-000 | | $2,618.91 | $146.02 |
| 03/05/18 | 5014 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution to claim 4 representing a payment of 20.87 % per court order. | 5800-000 | | $17.38 | $128.64 |
| 03/05/18 | 5015 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S. STATE STREET BANKRUPTCY UNIT 10TH FL<br>CHICAGO, IL 60603 | Final distribution to claim 8 representing a payment of 20.87 % per court order. | 5800-000 | | $128.64 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $25,794.32 | $25,794.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,794.32 | $25,794.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,794.32 | $25,794.32 |

Page Subtotals:    $0.00    $2,764.93

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5298 - Checking Account (Non-Interest Earn | $25,794.32 | $25,794.32 | $0.00 |
|  | $25,794.32 | $25,794.32 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,794.32 |
| Total Gross Receipts: | $25,794.32 |